B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Massachusetts | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Reed and Barton Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**FKA Reed and Barton Silversmiths; FKA Reed and Barton Silversmith; AKA Reed & Barton Corporation** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**04-1763310** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**144 West Britannia Street**<br>**Taunton, MA**<br>ZIP Code **02780** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bristol** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Reed and Barton Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Reed and Barton Corporation** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ John J. Monaghan**
Signature of Attorney for Debtor(s)

**John J. Monaghan 546454**
Printed Name of Attorney for Debtor(s)

**Holland & Knight LLP**
Firm Name

**10 St. James Avenue**
**Boston, MA 02116**

_____
Address

**Email: bos-bankruptcy@hklaw.com**
**617-523-2700  Fax: 617-523-6850**
Telephone Number

**February 17, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Timothy K. Riddle**
Signature of Authorized Individual

**Timothy K. Riddle**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 17, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

In re:

REED AND BARTON CORPORATION,

Debtor.

Chapter 11

Case No. _____ (___)

## DECLARATION RE: ELECTRONIC FILING

**PART I – DECLARATION OF AFFIANT**

I, Timothy K. Riddle, hereby declare under penalty of perjury that all of the information contained in the foregoing *Voluntary Petition* (the "Document"), filed electronically, is true and correct. I understand that this DECLARATION is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this DECLARATION may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties or perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated:    February 17, 2015

Signed: _____
                 Timothy K. Riddle

**PART II – DECLARATION OF ATTORNEY**

I declare under penalty of perjury that I have reviewed the above affiant's *Voluntary Petition* and the information is complete and correct to the best of my knowledge.  The affiant signed this form before I submitted the Document, I gave the affiant a copy of the Document and this Declaration, and I have followed all other electronic filing requirements currently established by local rule and standing order.  This DECLARATION is based on all information of which I have knowledge and the signature below constitutes a certification under Fed. R. Bankr. P. 9011.  I have reviewed and will comply with the provisions of MEFR 7.

Dated: February 17, 2015                    Signed: _____
                                                            John J. Monaghan

# REED AND BARTON CORPORATION

## SECRETARY'S CERTIFICATE

The undersigned, Charles F. Daly, hereby certifies that he is the duly elected  Secretary of

Reed and Barton Corporation, a Massachusetts corporation (the "**Corporation**"), and further

certifies that attached hereto as **Exhibit A** is a true and correct copy of resolutions duly adopted

by the Board of Directors of the Corporation at special meetings of the Board of Directors duly

held on February 12, 2015, and February 15, 2015.  These resolutions are in full force and effect

as of the date hereof and have not been modified or rescinded.

IN WITNESS WHEREOF, I have executed this certificate as of this *16th* day of February,

2015.

_____

Charles F. Daly, Secretary

## Exhibit A

**VOTED:** That the Corporation shall be, and the Corporation hereby is, authorized to file the Petition in the United States Bankruptcy Court, District of Massachusetts ("**Bankruptcy Court**"); and

**FURTHER VOTED:** that the President and Chief Executive Officer of the Corporation ("**CEO**") and any other person so authorized by the CEO, expressly including Charles F. Daly, ("**Authorized Persons**"), acting together or singly, shall be authorized, empowered and directed, in the name and on behalf of the Corporation, to execute, acknowledge, verify and deliver a petition pursuant to Chapter 11 of the Bankruptcy Code, 11 U.S.C. Section 101 *et. seq.* and to cause the same to be filed with the United States Bankruptcy Court, District of Massachusetts (the "**Bankruptcy Court**") on behalf of the Corporation at such time as the Authorized Person executing the petition shall determine, and it is

**FURTHER VOTED:** that each Authorized Person, acting together or singly, be, and hereby is, authorized, empowered and directed to execute, acknowledge, verify and file such other instruments, schedules and other papers, and to take any and all other action that he or she in so acting, may determine to be necessary or proper to carry out the Corporation's Chapter 11 case, including the Petition and bankruptcy schedules, any such execution, acknowledgement, verification, filing or taking of action to be conclusive evidence of such determination and the authority granted hereby, and it is

**FURTHER VOTED:** that each Authorized Person, acting together or singly, is authorized, directed, and empowered, in the name of the Corporation, to execute, verify and cause to be filed requests for relief from the Bankruptcy Court, including the following requests (i) for authority to maintain existing bank accounts and (ii) for authority to pay employees' prepetition wages and benefits, and it is

**FURTHER VOTED:** that the law firm of Holland & Knight LLP be, and hereby is, employed as counsel on behalf of the Corporation under a general retainer for the purpose of representing the Corporation in the Corporation's Chapter 11 case, which retention is subject to approval by the Bankruptcy Court, and it is

FURTHER
VOTED:      That Verdolino & Lowey, P.C. ("**V&L**") be and hereby is, employed as
            accountants to the Corporation, and each Authorized Person, acting
            together or singly, is authorized to act on behalf of the Corporation to
            enter any fee arrangement with V&L which is determined to be necessary
            and appropriate, the entering into any such arrangement to be conclusive
            evidence of such determination and the authority granted hereby, which
            retention and fee structure shall be subject to approval by the Bankruptcy
            Court, and it is

FURTHER
VOTED:      That Keightley & Ashner LLP, be and hereby is, employed as special
            counsel with regard to issues involving ERISA and the Corporation's
            existing pension plan, and each Authorized Person, acting together or
            singly, is authorized to act on behalf of the Corporation to enter any fee
            arrangement with Keightley & Ashner LLP, which is determined to be
            necessary and appropriate, the entering into any such arrangement to be
            conclusive evidence of such determination and the authority granted
            hereby, which retention and fee structure shall be subject to approval by
            the Bankruptcy Court, and it is

FURTHER
VOTED:      That Ethan E. Kra Actuarial Services LLC, be and hereby is, employed as
            an actuarial consultant with regard to the Corporation's pension plan and
            each Authorized Person, acting together or singly, is authorized to act on
            behalf of the Corporation to enter any fee arrangement with Ethan E. Kra
            Actuarial Services LLC, which is determined to be necessary and
            appropriate, the entering into any such arrangement to be conclusive
            evidence of such determination and the authority granted hereby, which
            retention and fee structure shall be subject to approval by the Bankruptcy
            Court, and it is

FURTHER
VOTED:      That Financo, LLC, be and hereby is, employed as a financial advisor and
            consultant with regard to the asset sale transactions, financings, equity
            transactions or other dispositions of the Corporation or its assets and each
            Authorized Person, acting together or singly, is authorized to act on behalf
            of the Corporation to enter any fee arrangement with Financo, LLC, which
            is determined to be necessary and appropriate, the entering into any such
            arrangement to be conclusive evidence of such determination and the
            authority granted hereby, which retention and fee structure shall be subject
            to approval by the Bankruptcy Court, and it is

FURTHER
VOTED:      That each Authorized Person, acting together or singly, may designate
            from time to time, employees and agents (including counsel) and any such
            employees or agents so designated by or directed by any such Authorized

#34505723_v3

Person, acting together or singly, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Corporation, to cause the Corporation to enter into, execute, deliver, certify, file, and/or record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other actions, as in the judgment of any such Authorized Person shall be necessary, proper, or desirable to effectuate a successful Chapter 11 case, and it is

FURTHER
VOTED:    That in the connection with the Chapter 11 case, the Authorized Persons be, and hereby are, authorized and empowered on behalf of, and in the name of, the Corporation, to present a plan of reorganization ("**Plan**") to the Corporation's creditors and to solicit votes towards the Plan and take all necessary steps needed to implement the Plan.

**Approval of Terms of Post-Petition Financing:**

WHEREAS, the Board has determined that it is necessary and appropriate to obtain financing from Rockland Trust, the Corporation's existing lender ("**Bank**"), to provide funding for the Corporation's operations during the interim period between commencement of the Bankruptcy Case and consummation of the Sale, as necessary, on the terms of the Senior Secured, Superpriority Debtor in Possession Financing Agreement presented by the Bank to the Corporation for consideration prior to the date of this Meeting, as the terms of the proposed funding transaction are in the best interests of the Corporation, its creditors its shareholders, and other parties-in-interest, such that it is

FURTHER
VOTED:    That each Authorized Person, acting together or singly, is empowered and directed to negotiate, execute and deliver agreements necessary to obtain Debtor in Possession financing from the Bank of up to $7,000,000 (the "**DIP Loan**"), and to execute and deliver each other agreement, instrument or document on behalf of the Corporation pursuant thereto or in connection therewith, in each case as in the judgment of each Authorized Person, acting together or singly, shall be necessary, proper, or appropriate for the continuing conduct of the affairs of the Corporation and/or necessary for a successful Chapter 11 case, and subject to approval by the Bankruptcy Court if required, in forms reasonably acceptable to the authorized agent of the Corporation; and it is

FURTHER
VOTED:    That each Authorized Person, acting together or singly, is empowered and directed to negotiate, execute and deliver agreements necessary to obtain use of the Bank's cash collateral during the Corporation's Chapter 11 case, and otherwise take all action determined to be necessary to secure such use, including the granting of priming liens and super-priority administrative expense claim status, and to take such additional action and

#34505723_v3

to execute and deliver each other agreement, instrument or document to be executed and delivered by or on behalf of the Corporation pursuant thereto or in connection therewith, in each case as in the judgment of each Authorized Person, acting together or singly, shall be necessary, proper, or desirable to effectuate a successful Chapter 11 case and subject to approval by the Bankruptcy Court if required, in forms reasonably acceptable to the authorized agent of the Corporation, and

**Approval of Asset Purchase Agreement:**

WHEREAS, the Board has determined that sale of the Corporation in accordance with the terms of the APA by the Corporation is in the best interests of the Corporation, its creditors its shareholders, and other parties-in-interest, such that

BE IT
VOTED:      That the form, terms and conditions of the APA, substantially in the form provided to the Board, be, and the same hereby are, approved by the Board, and the transactions contemplated by the APA are approved by the Board in all respects, and it is

FURTHER
VOTED:      That each Authorized Person, acting together or singly, be directed and authorized to take any an all actions determined to be necessary and appropriate to carry out the purpose of the APA, including, but not limited to the filing of a motion with the Bankruptcy Court requesting the establishment of bid procedures, the solicitation of higher offers, and the filing of a motion seeking Bankruptcy Court approval of the sale of the assets of the Corporation on terms substantially similar to those in the APA, and it is

FURTHER
VOTED:      That each Authorized Person, acting together or singly, is authorized to execute and deliver, in the name and on behalf of the Corporation, the APA and all related documents in such form and with such changes that such Authorized Officer determines to be necessary or appropriate, his execution and delivery thereof to be conclusive evidence of such determination, to the extent permitted by law, and to undertake to close any Bankruptcy Court approved sale transaction, in accordance with the APA and any Orders of the Bankruptcy Court, and it is

FURTHER
VOTED:      That any and all actions heretofore taken by any officer of the Corporation with respect to, and in contemplation of, the transactions contemplated by any of the foregoing resolutions are hereby ratified, approved, authorized and confirmed, and it is

FURTHER

- 4 -

VOTED:   That the authority hereby conferred shall be determined to be retroactive, and any and all acts authorized herein that were performed prior to the passage of these resolutions be, and they hereby are, approved, ratified and confirmed in all respects; and it is

FURTHER
VOTED:   That each Authorized Person, acting together or singly, be, and each of them hereby is, authorized to certify to the Bank and the Buyer as to the proper adoption and approval of these resolutions, as requested.

### Approval of KERP and KEIP:

WHEREAS, the Board has determined to pursue a sale of substantially all of the Corporation's assets and in order ensure that certain key employees are retained by the Corporation while certain higher level employees are properly motivated to achieve important and well defined strategic objectives, the Board believes it to be in the best interests of the Corporation, its creditors, its shareholders, and other parties-in-interest, to approve a Key Employee Incentive Plan ("**KEIP**") for three senior executives and a Key Employee Retention Plan ("**KERP**") for other personnel, it being understood that if the Asset Sale contemplated occurs in the context of a Chapter 11 bankruptcy case, either by motion under section 363 of the Bankruptcy Code or through a plan of reorganization, then the KEIP Plan and the KERP Plan will each be subject to approval by the United States Bankruptcy Court.  Therefore,

BE IT

VOTED:   That the adoption and implementation of (i) a Key Employee Incentive Plan ("**KEIP**") for the following three senior executives: Tim Riddle, Charles Daly, and Karen Cataldo, and (ii) a Key Employee Retention Plan ("**KERP**") for all other personnel of the Corporation, be and each hereby is, approved and adopted, substantially upon the terms for such KEIP and KERP circulated to the Board prior to this meeting, with the exception of clarifying that the bonuses under the KERP shall be 4 weeks' base salary rather than 1 month's base salary.

- 5 -

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of Massachusetts

In re __Reed and Barton Corporation__                 Case No _____

                                       Debtor(s)             Chapter    __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc ) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 41 Madison L.P.<br>345 Park Avenue<br>New York, NY 10154 | 41 Madison L.P.<br>345 Park Avenue<br>New York, NY 10154 | Prepetition lease obligations | | 31,194.00 |
| B & J Manufacturing Corp.<br>55 Constitution Drive<br>Taunton, MA 02780 | B & J Manufacturing Corp.<br>55 Constitution Drive<br>Taunton, MA 02780 | Goods/services provided | | 10,270.00 |
| CBIZ Tofias<br>PO Box 96793<br>Saint Louis, MO 63195-6793 | CBIZ Tofias<br>PO Box 96793<br>Saint Louis, MO 63195-6793 | Goods/services provided | | 13,000.00 |
| Crystal Bohemia, A.S.<br>Jiraskova 223<br>Podebrady 290 01<br>CZECH REPUBLIC | Crystal Bohemia, A.S.<br>Jiraskova 223<br>Podebrady 290 01<br>CZECH REPUBLIC | Goods/services provided | | 20,742.00 |
| Division of Ecological Restoration<br>MA Department of Fish and Game<br>251 Causeway St.<br>Suite 200<br>Boston, MA 02114 | Division of Ecological Restoration<br>MA Department of Fish and Game<br>251 Causeway St.<br>Boston, MA 02114 | Contribution regarding River Mill Dam restoration | Unliquidated | 85,000.00 |
| G.B.G. S.r.l.<br>Via Campania, n.3<br>41051 - Castelnuovo Rangone (MO)<br>Fraz. Montale Rangone<br>ITALY | G.B.G. S.r.l.<br>Via Campania, n.3<br>41051 - Castelnuovo Rangone (MO)<br>ITALY | Goods/services provided | | 11,697.08 |
| KEY Container Corp.<br>21 Campbell Street<br>Pawtucket, RI 02861-2370 | KEY Container Corp.<br>21 Campbell Street<br>Pawtucket, RI 02861-2370 | Goods/services provided | | 13,112.57 |
| Krebel, Loretta<br>(as successor to Albert Krebel)<br>228 Westmoreland Lane<br>Saunderstown, RI 02874 | Krebel, Loretta<br>(as successor to Albert Krebel)<br>228 Westmoreland Lane<br>Saunderstown, RI 02874 | Supplementary Executive Retirement Plan | Unliquidated Disputed | **Unknown** |
| LeachGarner<br>49 Pearl Street<br>Attleboro, MA 02703 | LeachGarner<br>49 Pearl Street<br>Attleboro, MA 02703 | Goods/services provided | | 15,739.54 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Reed and Barton Corporation**                                    Case No. _____
_____
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc )* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| MA Dept. of Environmental Protection<br>1 Winter Street<br>Boston, MA 02108 | MA Dept. of Environmental Protection<br>1 Winter Street<br>Boston, MA 02108 | Environmental cleanup and restoration | Contingent<br>Unliquidated<br>Disputed | 500,000.00 |
| Pension Benefit Guaranty Corp.<br>1200 K Street, N.W.<br>Washington, DC 20005 | Pension Benefit Guaranty Corp.<br>1200 K Street, N.W.<br>Washington, DC 20005 | Underfunded contribution liability | Contingent<br>Unliquidated<br>Disputed | 18,000,000.00 |
| Rolf Glass<br>402 East Main Street<br>Mount Pleasant, PA 15666 | Rolf Glass<br>402 East Main Street<br>Mount Pleasant, PA 15666 | Goods/services provided | | 30,037.00 |
| Rosse and Associates<br>230 Spring Street NW<br>Suite 818<br>Atlanta, GA 30303 | Rosse and Associates<br>230 Spring Street NW<br>Suite 818<br>Atlanta, GA 30303 | Goods/services provided | | 16,337.00 |
| SEORIM VIETNAM Company, Ltd.<br>Plot D14-1, Road No 5<br>Long Binh Industrial Zone<br>Bien Hoa City, Dong Nai Prov.<br>VIETNAM | SEORIM VIETNAM Company, Ltd.<br>Plot D14-1, Road No 5<br>Long Binh Industrial Zone<br>VIETNAM | Goods/services provided | | 966,240.00 |
| Sung Jin (Hong Kong) Limited<br>8 Hart Avenue<br>Tsimshatsui, Kowloon<br>HONG KONG | Sung Jin (Hong Kong) Limited<br>8 Hart Avenue<br>Tsimshatsui, Kowloon<br>HONG KONG | Goods/services provided | | 25,711.02 |
| Terry, Charles<br>66 Walker St.<br>North Dighton, MA 02764 | Terry, Charles<br>66 Walker St.<br>North Dighton, MA 02764 | Supplementary Executive Retirement Plan | Unliquidated<br>Disputed | **Unknown** |
| Wacker Industrial Co. Ltd.<br>3/F Wacker Industrial Building 11<br>Mok Cheong Street,<br>Tokwawan<br>Kowloon<br>HONG KONG | Wacker Industrial Co. Ltd.<br>3/F Wacker Industrial Building 11<br>Mok Cheong Street, Tokwawan,<br>Kowloon<br>HONG KONG | Goods/services provided | | 56,240.40 |
| Winko International Products Limited<br>3/F, Kwai Fong Industrial Building<br>9-15 Kwai Cheong Road<br>Kwai Chung N.T.<br>HONG KONG | Winko International Products Limited<br>3/F, Kwai Fong Industrial Building<br>9-15 Kwai Cheong Road<br>HONG KONG | Goods/services provided | | 87,336.26 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Reed and Barton Corporation**                                   Case No. _____

                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc )* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **Woodmax Ky Industries Corp.**<br>**3F, No. 91 Ta Shun 1st Road**<br>**Kaohsiung City, 813**<br>**TAIWAN R.O.C.** | **Woodmax Ky Industries Corp.**<br>**3F, No. 91 Ta Shun 1st Road**<br>**Kaohsiung City, 813**<br>**TAIWAN R.O.C.** | **Goods/services provided** | | 266,344.00 |
| **Wynne, Paula**<br>**300 E. 40th Street**<br>**New York, NY 10016** | **Wynne, Paula**<br>**300 E. 40th Street**<br>**New York, NY 10016** | **Goods/services provided** | | 8,628.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **February 17, 2015**_____          Signature   **/s/ Timothy K. Riddle**_____
                                                        **Timothy K. Riddle**
                                                        **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
### District of Massachusetts

In re   **Reed and Barton Corporation**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **February 17, 2015**

**/s/ Timothy K. Riddle**

**Timothy K. Riddle/President**
Signer/Title

41 Madison L.P.
345 Park Avenue
New York, NY 10154

ABEL WOMAK INDT. HDL. SOLUTIONS
ONE INTERNATIONAL WAY
LAWRENCE, MA 01843

ACROPOLIS STUDIO MODEL WORKS, INC.
14304 HENNICK ROAD
STE. GENEVIEVE, MO 63670

Admiral Packaging - Packaging
10 Admiral Street
PROVIDENCE, RI 02908

Adobe Systems Incorporated
345 Park Ave
San Jose, CA 95110-2704

ADP
New England Region
300 Jefferson Boulevard
Suite 301
Warwick, RI 02888

Alabama Department of Revenue
P.O. Box 320001
Attn: Legal Division
Montgomery, AL 36132-0001

Amazon.com, Inc.
Attn: BRAD JOHNSON/KARI KULL-HENG/
STEVEN DAIGHS
P O BOX 81226
SEATTLE, WA 98108-1226

AMC, Inc.
240 Peachtree Suite, NW
Suite 2200
Legal Department
Atlanta, GA 30303

AMERICAN WATER SYSTEMS, LLC
9 Pequot Way
Canton, MA 02021

AmericasMart Real Estate, LLC
240 Peachtree Suite, NW
Suite 2200
Atlanta, GA 30303

Anchor Hocking, LLC
519 N. Pierce Avenue
Lancaster, OH 43130

Andrade, Helder
14 Chester Street
Taunton, MA 02780

Anna Kang
2337 Hudson Terrace     Apt #E-15
Fort Lee, NJ 07024

Arruda, Joseph
2381 ALLEGRO ST.
LIVERMORE, CA 94550

Art Eagle Limited
34-36 Au Pui Wan Street
Fo Tan, Shatin, N.T.
HONG KONG

Ashland, Inc.
c/o Kaufman & Canoles, P.C.
One City Center
11815 Fountain Way, Suite 400
Newport News, VA 23606

ATLANTIC ELEVATOR SOUTH
1900 FALL RIVER AVENUE
SEEKONK, MA 02771

AUTOMATIC DATA PROCESSING
P.O. BOX 842875
Boston, MA 02284-2875

Award Marketing Services,LLC
P.O. BOX 175
Whitehouse, NJ 08888

B & J Manufacturing Corp.
55 Constitution Drive
Taunton, MA 02780

B&J Manufacturing Corp.
55 Constitution Drive
Attn: President
Taunton, MA 02780

Barreiro, Antonio
30 Sumner Street
Taunton, MA 02780

Bast, Beatrice W.
110 Spruce Lane
Ambler, PA 19002

Bed Bath & Beyond, Inc.
Attn: Andrea Santiago
650 Liberty Avenue
Union, NJ 07083

Belk Ecommerce LLC
2801 W. Tyvola Road
Charlotte, NC 28217

Belk, Inc.
Attn: Katie Lastowski
120 Belk Court
Blythwood, SC 29016

Bellanti, Jennifer
19 Prairie Avenue
Swansea, MA 02777

Belleri, Elisa
Via Canalone 6
58030 Selva (GR)
ITALY

Birch, Beatrice D.W.
43 Colburn Rd.
Wilton, NH 03086

Bloomingdales Department Store Company
Attn: Melissa
1358 Foothill Drive
Salt Lake City, UT 84108

BLUE TARP FINANCIAL, INC
P.O. BOX 105525
ATLANTA, GA 30348-5525

BMO Harris National Bank N.A.
111 East Kilbourn Ave.
Suite 200
Milwaukee, WI 53202

Boston Athletic Association
185 Dartmouth Street, 6th Floor
Boston, MA 02116

Botelho, Janice M.
478R Bay Street
Taunton, MA 02780

BRADLEY PRESS INC.
32 WELLINGTON ROAD
LINCOLN, RI 02865

Bradshaw, Patricia
14 Widgeon Road
Falmouth, MA 02540

Brandon, Wallace M.
44 Jerome Street
Berkley, MA 02779

Bredow, Dan
5128 15th Ave., South
Minneapolis, MN 55417

Brennan, Paul
42 Highland Street
Taunton, MA 02780

Bronto Software, Inc.
PO Box 534641
Atlanta, GA 30353-4641

BROTHER SILVER PRODUCTS
FL B&D 19 LUNG SHING BLDG
TSUEN WAN
HONG KONG

Brother Silver Products Indonesia PT
Jl Berbek Industri I, 23-26 Kawasan SIER
Kali Rungkut, Gununganyar, Surabaya
Java Timur, 60293
INDONESIA

BUREAU VERITAS HONG KONG LIMITED
1/F 2 KAI HING ROAD KOWLOON BAY
KOWLOON
HONG KONG

C & W CO., INC.
231 GEORGIA AVENUE
PROVIDENCE, RI 02905

California Franchise Tax Board
Bankruptcy Section, MS A -340
P.O. Box 2952
Sacramento, CA 95812-2952

California State Board of Equalization
Account Information Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279-0029

Cataldo, Karen J
113 Augsburg Drive
Attleboro, MA 02703

CBIZ Tofias
P.O. BOX 96793
St. Louis, MO 63195-6793

CENTRAL PAPER - Attn. Mike Richards
400 GLENWOOD AVE.
PAWTUCKET, RI 02862

CHIMO HOLDINGS
61 EYRE LANE
SHEFFIELD S1 3GF
UK

City of Atlanta
P.O. BOX 932053
Atlanta, GA 31193-2053

City Of Boston
One City Hall Square
Boston, MA 02105-1626

CITY OF DALLAS
P.O. BOX 660242
DALLAS, TX 75266

CITY OF GILROY
7351 ROSANNA STREET
GILROY, CA 95020

City Of Gulfport
David V. LaRosa, Sr.
1801 23rd Avenue
Gulfport, MS 39501

CITY OF SEATTLE
P.O. Box 34907
SEATTLE, WA 98124-1907

CITY OF SEVIERVILLE, TENN.
125 Court Avenue
#210W
SEVIERVILLE, TN 37862

City of Taunton DPW Water/Sewer
15 Summer Street
Taunton, MA 02780

City of Taunton Treasurer/Collector
141 Oak Street
Taunton, MA 02780

Claps, Michael K.
3 Collins Ave.
Bloomfield, NJ 07003

CLUB DISPLAY, INC.
42380 ZEVO DRIVE
TEMECULA, CA 92590

Coelho, Manuel S.
23 Smith Street
Taunton, MA 02780

Colorado Department of Revenue
PO Box 17087
Denver, CO 80217-0087

Commerce Technologies, Inc.
25736 Network Place
Chicago, IL 60673-1257

Comptroller of Maryland
Revenue Administration Division
Taxpayer Service Section
110 Carroll Street
Annapolis, MD 21411

Connecticut Dept. of Revenue Services
C & E Division/Bankruptcy Unit
25 Sigourney Street, Suite 2
Hartford, CT 06106-5032

Conreal, LLC
21 Powder Hill Road
Lincoln, RI 02865

Costco Wholesale
P.O. Box 34622
Seattle, WA 98214

Costco.com
P.O. Box 34622
Seattle, WA 98214

Crate & Barrel
Attn: CLAYTON DIBBLE
1250 TECHNY ROAD
NORTHBROOK, IL 60062

Crystal Bohemia, A.S.
Jiraskova 223
Podebrady 290 01
CZECH REPUBLIC

Dale, William
7703 Mesa Drive
Austin, TX 78731

Dallas Market Center Operating, L.P.
2100 Stemmons Freeway
Dallas, TX 75207

Daly, Charles
57 Waterville St.
North Grafton, MA 01536

Davanzo, Rocco
87 Salt Rock Rd.
PO Box 95
Hanover, CT 06350

Deborah Lott Murta Aguiar
30-40 45th Street Apt. 3C
Astoria, NY 11103

Delaware Division of Revenue
Carvel State Office Building, 8th Floor
Attn: Bankruptcy Services
Wilmington, DE 19801

Dell Financial Services, L.L.C.
MAIL STOP RR3-56
One Dell Way
Round Rock, TX 78682

Demello, Gregory
73 Alcott Circle
Taunton, MA 02780

DesJardins, Patricia
168 Phillips Street
Attleboro, MA 02703

DeSousa, Katherine
76 Georgetown Rd.
WESTON, CT 06883

Dillards, Inc.
Attn: Laura Cox/Asst. Buyer
4501 N. Beach Street
Fort Worth, TX 76111

DIRECTTV
P.O. BOX 60036
LOS ANGELES, CA 90060-0036

Division of Ecological Restoration
MA Department of Fish and Game
251 Causeway St.
Suite 200
Boston, MA 02114

DOBBERTEEN, CHERI J.
11351 LOCH LOMOND ROAD
LOS ALAMITOS, CA 90720

Donald E. Rothman, Esq.
Riemer & Braunstein LLP
Three Center Plaza, 6th Fl
Boston, MA 02108

Duarte, Kathleen
77 Short St.
Taunton, MA 02780

Earthbound LLC
Attention: General Counsel
156 Fifth Avenue, 10th Floor
New York, NY 10010

EarthLink Business
P.O. BOX 88104
Chicago, IL 60680-1104

Easylink Services International Corp.
6025 The Corners Parkway
Suite 100
Norcross, GA 30092

Easylink Services USA, Inc.
6025 The Corners Parkway
Suite 100
Norcross, GA 30092

EDWARD DON & COMPANY
9801 Adam Don Parkway
Woodridge, IL 60517

Empower Retirement
116 Inverness Drive East
Floor 03
Attn: Denise Chestnutt
Englewood, CO 80112-5112

ENVIRONMENTAL SYSTEMS INC
6 HOWARD IRELAND DRIVE
ATTLEBORO, MA 02703-4612

Espinola, Cidalia
151 Haffards Street
Fall River, MA 02723

EXXONMOBIL
P.O. BOX 688938
Des Moines, IA 50368-8938

FedEX
P.O. BOX 371461
Pittsburgh, PA 15250-7461

FERNANDES ELECTRICAL SERV
65 BROADWAY
TAUNTON, MA 02780

FINAL CUT
15 CINDY LANE
OCEAN, NJ 07712

Fleck, Kelli
2113 County Street
Dighton, MA 02715

Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

FLYNN PEST CONTROL
32 ANAWAN STREET-RT. 118
REHOBOTH, MA 02769

FORTUNE UNION ENTERPRISES LIMITED
57-59 AU PUI WAN STREET, FO TAN
SHATIN, NT
HONG KONG

FULLER PACKAGING,INC.
1152 HIGH STREET
CENTRAL FALLS, RI 02863

Furtado, Pedro Jr.
24 Cavalier Avenue
Taunton, MA 02780

G.B.G. S.r.l.
Via Campania, n.3
41051 - Castelnuovo Rangone (MO)
Fraz. Montale Rangone
ITALY

GEORGE LUXNER & SONS
75 LEWIS ROAD
MERRICK, NY 11566

George Schmidt, Inc.
11 Melrose Lane
Douglaston, NY 11363

Georgia Department of Revenue
1800 Century Boulevard, NE
Suite 9100
Atlanta, GA 30345

Gerald Patrick Designs, Inc.
325 Berry St. #301
San Francisco, CA 94158

GLASSFACTORY ROGASKA
ULICA TALCEV 1
3250 ROGASKA SLATINA
SLOVENIA

Gunther, Kimberly
2120 Chestnut Street
N. Dighton, MA 02764

Guzman, Felix
22 Anne Drive
Taunton, MA 02780

GXS, INC.
P.O. BOX 640371
PITTSBURGH, PA 15264-0371

Harper, Carrie
130 Green River Rd.
ALFORD, MA 01230

Henault, Melissa
67 Center Street
E. Taunton, MA 02718

Hewlett-Packard Financial Services Co.
200 Connell Dr., Ste. 500
Attn: Dir. of Operations, N. America
Berkeley Heights, NJ 07922

Holmes, Sue Ann
11 Brookstone Drive
Lakeville, MA 02347

HURLEY DESIGNS LLC
14 Phillips Street, Suite 1R
North Kingstown, RI 02852

HUTCH CREATIVE SERVICES
102 WICKABOXET DRIVE
WEST GREENWICH, RI 02817

HZDG
10101 Molecular Drive
Rockville, MD 20850

Illinois Department of Revenue
Retailers Occupation Tax
Springfield, IL 62719-0001

Incentive Associates Inc.
P.O. BOX 12065
Overland Park, KS 66282-2065

Indiana Department of Revenue
100 N. Senate Ave.
Room N203 - Bankruptcy
Indianapolis, IN 46204

INFORM BUSINESS SYSTEMS,INC.
405 KILVERT ST. SUITE C
WARWICK, RI 02886

Intelliprint
33 Plan Way
WARWICK, RI 02886

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

InterTrade Systems Inc.
P.O. BOX 55811
Boston, MA 02205-5811

ISTRAGRAFIKA d.d.
OBALA V. NAZORA 1,
ROVINJ
52210
CROATIA

J.T. INMAN
31 Larsen Way
North Attleboro, MA 02760

Jae Cheol Park
1 Dan Yuan 2A
Shenzhen
CHINA

Jewel Case Corporation
110 Dupont Drive
Providence, RI 02907

JFR Marketing
2460 Brinkhaus St.
Minneapolis, MN 55318

JIANYI HARDWARE PRODUCTS CORP.,LTD.
TAOJIN ROAD BUILDING NO:36-38
GUANGZHOU
CHINA

JIEYANG JUNYE METALS & PLASTIC
XINXIANG INDUSTRY DISTRICT,MEIYUN,
JIEYANG CITY,GUANGDONG,
CHINA

Joost During
64 Linden Street
New Bedford, MA 02740

Joost During d/b/a Yoast Silver
64 Linden Street
New Bedford, MA 02740

JUDD PAPER CO
P.O. BOX 12440
Newark, NJ 07101-3540

Kansas Department of Revenue
915 SW Harrison St.
Topeka, KS 66612-1588

Karol, Daniel F.
60 Three Mile River Lane
Taunton, MA 02780

Kate Locke-Peck
2600 2nd Ave.  Unit #810
Seattle, WA 98121

Kentucky Department of Revenue
Division of Sales and Use Tax
Station 67
PO Box 181
Frankfort, KY 40602-0181

KEY Container Corp.
21 Campbell Street
Pawtucket, RI 02861-2370

Keystone Incentives,LLC
519 American Legion HWY,
Westport, MA 02790

Kluchko, Thomas
920 Parliament Court
Mobile, AL 36695

Krebel, Albert
228 Westmoreland Lane
Saunderstown, RI 02874

Krebel, Loretta
228 Westmoreland Lane
Saunderstown, RI 02874

KROSNIENSKIE HUTY SZKLA
UL. TYSIACLECIA 13
38-400 KROSNO
POLAND

Lacerda, Donna
3785 North Main Street
Fall River, MA 02720

LAMRO LOGOS
47 S. HORNE
MESA, AZ 85204

LASER RESOURCE
P.O. BOX 412
Middleboro, MA 02346

Lawrence Schiff Silk Mills
590 California Road
Quakertown, PA 18951

LeachGarner
49 Pearl Street
Attleboro, MA 02703

Lemmo, Mary Ann
48 Brewster Drive
Bridgewater, MA 02323

Leonards Repair & Towing
285 Bay Street
Taunton, MA 02780

Libbey Glass, Inc.
Foodservice Sales & Marketing
V.P., US & Canada
300 Madison Avenue
Toledo, OH 43604

Life Insurance Company of N. America
1601 Chestnut Street
Philadelphia, PA 19192-2235

Lone Star Incentives, Inc.
709 E. First Street
Prosper, TX 75078

LONG XI CUTLERY CO., LTD.
DEVELOPMENT ZONE,JINNAN DISTRICT
TIANJIN,
CHINA

Louisiana Department of Revenue
1555 Poydras Street
New Orleans, LA 70122

LUXURY BRAND HOLDINGS, INC
d/b/a Ross Simons Jewelry
9 Ross Simons Dr.
Attn: Dave Flaherty
Cranston, RI 02920-4476

MA Department of Fish and Game
Division of Ecological Restoration
251 Causeway St.
Suite 400
Boston, MA 02114

MA Dept. of Environmental Protection
1 Winter Street
Boston, MA 02108

Macys.com
P.O. Box 625768
Cincinnati, OH 45241

Macys.com
P.O. Box 415783
Cincinnati, OH 45241

Magento, Inc.
10441 Jefferson Blvd
Suite 200
Culver City, CA 90232

MAILFINANCE
25881 Network Place
Chicago, IL 60673-1258

Maine Revenue Services
P.O. Box 9107
Augusta, ME 04332-9107

Maine Revenue Services
Compliance Division
P.O. Box 9101
Augusta, ME 04332-9101

Mark B. Stein, Esq. (Trustee)
McDermott Will & Emery LLP
28 State St.
Boston, MA 02109

Marsh USA,Inc.
P.O. BOX 846015
Dallas, TX 75284-6015

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114-9564

McLaughlin, Michael
52 Delmar Road
Brockton, MA 02302

McSparran, Kimberly
65 Cameron St.
Southhampton, NY 11968

Medeiros, Berta
276 Somerset Avenue
Taunton, MA 02780

Medeiros, Maria
15 Bryan Drive
Taunton, MA 02780

Metropolitan Life Insurance Company
d/b/a MetLife
200 Park Avenue
New York, NY 10166-0188

Michigan Department of Treasury
Customer Contact Division
P.O. Box 30427
Lansing, MI 48909

MIKE CRANE PHOTOGRAPHY
6 LAMPLIGHTER LANE
SHERBORN, MA 01770

MILHENCH IND SUPPLY CO
121 DUCHAINE BLVD
NEW BEDFORD, MA 02745

MINNERS DESIGNS INC
10 Apple Mill Lane
North Salem, NY 10560

Minnesota Department of Revenue
600 North Robert St.
St. Paul, MN 55101

Missouri Department of Revenue
301 West High St.
Room 102
Jefferson City, MO 65101

Moniz, Eduarda
141 Tremont Street
Taunton, MA 02780

MORVILLO AND SONS INC.
160 NIANTIC AVENUE
PROVIDENCE, RI 02907

Mulhern, Joseph
90 Winter Street
Taunton, MA 02780

My Macy's
Accounts Payable
2101 East Kemper Road
Cincinnati, OH 45241

N.J. Division of Taxation
Bankruptcy Section
P.O. Box 245
Trenton, NJ 08695-0245

NAMFORD LIMITED
UNIT 612 6/FL SUN FUNG CT
KWAI CHUNG, KOWLOON
HONG KONG

NATIONAL CHAIN
50 COLORADO AVE
WARWICK, RI 02886

National Grid
P.O. BOX 11737
Newark, NJ 07101-4737

Needham Electric Supply
5 Shawmut Road
Canton, MA 02021

Neofunds By Neopost
P.O. BOX 30193
Tampa, FL 33630-3193

NetElixir, Inc.
3 Independence Way, Suite203
Princeton, NJ 08540

Neville, Carol
93 Bumila Drive
Raynham, MA 02767

Neville, Richard F., Jr.
93 Bumila Drive
Raynham, MA 02767

NEW BEDFORD SCALE CO. INC.
144 FRANCIS STREET
NEW BEDFORD, MA 02740

NEW ENGLAND FOAM
760 WINDSOR STREET
HARTFORD, CT 06120

New Hampshire Dept. of Revenue Admin.
P.Boisvert, Collection Division Director
P.O. Box 454
Concord, NH 03301

New Mexico Department of Revenue
1100 South St. Francis Drive
Santa Fe, NM 87504

North Carolina Department of Revenue
Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602

NORTHERN BUSINESS MACHINES
905 TURNPIKE STREET SUITE A1
CANTON, MA 02021

NORTHERN TOOL SUPPLY CO.
P.O. BOX 5219
Carol Stream, IL 60197-5219

NORTHWEST TRANSLATIONS INC.
P.O. BOX 373
PAOLI, PA 19301

NOSAWA-KYOOH
TOKYO
JAPAN

Nutter McClennen & Fish,LLP
155 Seaport Boulevard
Boston, MA 02210-2604

NYS Department of Taxation and Finance
ATTN: Office of Counsel
Building 9
W A Harriman Campus
Albany, NY 12227

O.M.O. CONSTRUCTION
13 CROSS ST.
NORTON, MA 02766

Office of Tax and Revenue
1101 4th Street, SW
Suite 270 West
Washington, DC 20024

Office of the U.S. Trustee
John W McCormack Post Office/Court House
5 Post Office Square, Suite 1000
Boston, MA 02109-3945

Ohio Department of Taxation
P.O. Box 16560
Columbus, OH 43216-6560

Oklahoma Tax Commission
Post Office Box 26850
Oklahoma City, OK 73126-0850

Oldfield, Nancy
6 Couch Street
Taunton, MA 02780

Oliveira, Manuel F.
10 Wilson Avenue
Taunton, MA 02780

OSTER PEWTER
512 OLD BAPTIST ROAD
NORTH KINGSTOWN, RI 02852

Overstock.com
6350 South 300 East
Salt Lake City, UT 84121

Paetec
P.O. BOX 9001013
Louisville, KY 40290-1013

Parcel Management Auditing &
1 Huntington Quadrangle Suite #3S04
Melville, NY 11747

PATERNA & LIVI S.P.A.
CASELLA POSTALE 1098
FLORENCE, ITALY
ITALY

Paymetric Inc.
1225 Northmeadow Parkway, Ste.110
Roswell, GA 30076

Paymetric, Inc.
1225 Northmeadow Parkway, Ste.110
Roswell, GA 30076

Peer 1 Hosting
1000-555 W. Hastings Street
Vancouver
BC V6B 4N6
CANADA

Pennsylvania Department of Revenue
Department 280946
Attn: Bankruptcy Division
Harrisburg, PA 17128-0946

Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005

Perez, Hector
28 Grant Street
Taunton, MA 02780

Personalizationmall.com
51 Shore drive
Burr Ridge, IL 60527

PIPING SYSTEMS, INC.
32 MILL ST RT.79
ASSONET, MA 02702

PORTSMOUTH SIGN CO.
105 GOSLING ROAD
NEWINGTON, NH 03894-1510

POSTMASTER
6 TAUNTON AVEUNE
NORTON, MA 02766-9998

Preferred Source of Texas, LLC
1950 Hurd Drive
Irving, TX 75038

PrimeSys, LP
19500 State Highway 249
Suite 300
Houston, TX 77070

PROTECTION ONE
P.O. BOX 219044
Kansas City, MO 64121-9044

Provide Commerce, Inc.
4840 Eastgate Mall
San Diego, CA 92121

QVC, Inc.
1200 Nelson Drive
Attn: Mark Callahan
West Chester, PA 19380

Ralph Lauren Corporation
650 Madison Ave.
New York, NY 10022

Rea, Darlene B.
654 Wareham Street
Middleboro, MA 02346

Reilly, Natalia
493 Somerset Avenue
Taunton, MA 02780

Reliance Standard Life Insurance Company
P.O. BOX 3124
Southeastern, PA 19398-3124

Replacements LTD
1089 Knox Road
Greensboro, NC 27420

Retail, Wholesale & Department Store Un.
Playthings Jewelry/Novelty Workers Div.
c/o New England Joint Board
149 Mechanic Street
Leominster, MA 01453

Rhode Island Division of Taxation
One Capitol Hill
Providence, RI 02908

RI Dept. of Environmental Management
235 Promenade Street
Providence, RI 02908-5767

Riddle, Timothy K.
32 Hounds Ditch Lane
Duxbury, MA 02332

Rihbany, Joseph
460 W. Britannia Street
Taunton, MA 02780

Rio Grande
7500 Bluewater Road NW
Albuquerque, NM 87121

Robert S. Bast (Trustee)
Bast & Rood Architects
P.O. Box 220
Hinesburg, VT 05461

Rockland Trust Community Development III
288 Union Street
Rockland, MA 02370

Rockland Trust Company
288 Union Street
Rockland, MA 02370

Rocky's Gold and Silver
Attn: Rachel
3287 Lee Highway
Weyers Cave, VA 24486

Rolf Glass
402 East Main Street
Mount Pleasant, PA 15666

Rose, Barry
53 Railroad Avenue
Taunton, MA 02780

Rosse and Associates
230 Spring Street NW
Suite 818
Atlanta, GA 30303

Russell D. Wright (Trustee)
29 Island Road
W. Yarmouth, MA 02673

Samson, Vincent
5 Green Meadow Drive
Acushnet, MA 02743

SEORIM VIETNAM Company, Ltd.
Plot D14-1, Road No. 5
Long Binh Industrial Zone
Bien Hoa City, Dong Nai Province
VIETNAM

SGS US TESTING COMPANY INC.
291 FAIRFIELD AVENUE
FAIRFIELD, NJ 07004

Sherman, Katherine L.
115 E. Water Street
Taunton, MA 02780

Silver Super Store
Attn: Sandy Boubonnais
22165 68th Avenue S
Kent, WA 98032

Silverstein Marketing Group
15124 Players Way
Glenwood, MD 21738

Smilek, Lydia
17 Weiss Drive
Middlesex, NJ 08846

Sousa, Melissa
112 Sanford Avenue
Somerset, MA 02726

Southern Living, a division of
Time Inc. Lifestyle Group
Attn: General Manager
2100 Lakeshore Drive
Birmingham, AL 35209

Spruce Creek Retail Outlet LLC
c/o Neal Shalom
145 Rosemary St., Suite E
Needham, MA 02445

Stacy, Nancy
2439 St. Laurent Place
Frisco, TX 75034

STEKLARNA ROGASKA d.o.o.
Ulica talcev 1
SI-3250 Rogaska Slatina
SLOVENIA

Stephen D. Weeks (Trustee)
21 Wellington Lane
Belmont, MA 02478

Sterling Collectables, Inc.
ATTN: CAROL LEWIS
862 PUGH ROAD
MANSFIELD, OH 44903

Sterling Jewelers
375 Ghent Road
Akron, OH 44333

Sung Jin (Hong Kong) Limited
8 Hart Avenue
Tsimshatsui
Kowloon
HONG KONG

Swarovski Financial Services
P.O. BOX 416834
Boston, MA 02241-6834

TAUNTON MUNICIPAL LIGHT
P.O. BOX 870
TAUNTON, MA 02780

Tennessee Department of Revenue
TN Atty. General's Office, Bankr. Div.
P.O. Box 20207
Nashville, TN 37202-0207

Terceiro, Elizabeth
528 Osborn Street
Fall River, MA 02721

TERRY RECAL SERVICES
91 HIGH STREET
AMESBURY, MA 01913

Terry, Charles
66 Walker St.
North Dighton, MA 02764

Tetra Tech Rizzo (Rizzo Associates)
ONE GRANT STREET
FRAMINGHAM, MA 01701-9005

Texas Comptroller of Public Accounts
P.O. Box 13528, Capitol Station
Austin, TX 78711-3528

The Alpha Group
61 East Main St.
Norton, MA 02766

The Blessing Bank, Inc.
4354 Middleton Road
Dallas, TX 75229

The Brand Protection Agency, LLC
P.O. BOX 515317
Dallas, TX 75251

The CJ Fox Company
65 Alhambra Road
Warwick, RI 02886

The Colonial Williamsburg Foundation
341 W. Francis St.
Baltimore, MD 21279-0788

The Hackett Group, Inc.
d/b/a Answerthink
225 Washington St.
Conshohocken, PA 19428

The Shopping Channel
59 Ambassador Drive
Mississauga ON L5T2P9
CANADA

Thomas Jefferson Foundation, Inc.
P.O. Box 316
Charlottesville, VA 22902

Thurber, William
29 Sunset Strip Road
Cornish, NH 03745

Time Inc.
Attention: General Counsel
1271 Avenue of the Americas
New York, NY 10020

Time Inc. Lifestyle Group
Attn: General Manager
2100 Lakeshore Drive
Birmingham, AL 35209

TOB International Marketing Corp.
419 Broome Street
Thomas O'Brien, President
New York, NY 10013

Toffolon, Siro R.
13 Riverbend
Old Lyme, CT 06371

TONG YANG MOOLSAN CO,LTD.
KANGNAM-GU,
SEOUL
KOREA

Town Of Barrington
283 COUNTY RD
BARRINGTON, RI 02806

Town Of Burrillville
105 Harrisville Main St.
Harrisville, RI 02830

Town Of Clinton
54 East Main St.
Clinton, CT 06413

Town Of Kittery
200 Rogers Road
Kittery, ME 03904

Town Of Leesburg
25 West Market Street
Leesburg, VA 20176

Town Of North Kingstown
80 Boston Neck Road
North Kingstown, RI 02852

Town of Norton Treasurer/Collector
70 East Main Street
Norton, MA 02766

Town of Norton Water/Sewer
166 John Scott Boulevard
Norton, MA 02766

TOWN OF RAYNHAM
53 ORCHARD ST
RAYNHAM, MA 02767

TOWN OF WALLINGFORD
NORMAN Z. ROSOW TAX COLL.
WALLINGFORD, CT 06492

Toys "R" Us Inc.
One Geoffrey Way
Wayne, NJ 07470-2030

Troughton, Roy P.
4404 N. Mallard Cove
Mason, OH 45040

Tufts Health Plan
705 Mount Auburn St.
Watertown, MA 02472-1508

U.S. Department of State
Office of Acquisition Management
P.O. Box 9115, Rosslyn Station
Arlington, VA 22219

U.S. Environmental Protection Agency
Region 1
5 Post Office Square, Ste. 100
Mail Code: OES04-4
Boston, MA 02109-3912

ULINE
P.O. BOX 88741
CHICAGO, IL 60680-1741

United Food & Commercial Workers Int.
c/o New England Joint Board
149 Mechanic Street
Leominster, MA 01453

United Parcel Service
P.O. BOX 7247-0244
Philadelphia, PA 19170-0001

United Silver Workers Local No. 593
c/o New England Joint Board
Attn: Tina Buonaugurio
149 Mechanic Street
Leominster, MA 01453

United Silver Workers'
Local 593
TAUNTON, MA 02780

UNIVERSAL SOURCE LTD-(SELECT CRAFT)
GANGQIAN ROAD, NEI HU DISTRICT
TAIPEI TAIWAN R.O.C.
CHINA

UPS Supply Chain
28013 Network Place
Chicago,, IL 60673-1280

UT M.D. Anderson Cancer Center
The Children's Art Project
Shannon A. Murray, Executive Director
6900 Fannin St., Ste 1100
Houston, TX 77030

UT M.D. Anderson Cancer Center
Legal Services Dept.
Attn: Chief Legal Officer
1020 Holcombe Blvd., Ste 1500
Houston, TX 77030

Verizon
P.O. Box 15124
Albany, NY 12212-5124

Vermont Department of Taxes
P.O. Box 429
Montpelier, VT 05601-0429

VINTAGE GRAPHIC SOLUTIONS
63 NORTH WASHINGTON ST
NORTH ATTLEBORO, MA 02760

Virginia Department of Taxation
P.O. Box 2156
Richmond, VA 23218-2156

VOIS OFFICE srl
BLOC B4, SCARA 3, APT.63
BUCHAREST,040032
ROMANIA

W W GRAINGER INC
125 JOHN HANCOCK ROAD
TAUNTON, MA 02780

W.B. MASON CO. INC.
P.O. BOX 981101
Boston, MA 02298-1101

Wacker Industrial Co. Ltd.
3/F Wacker Industrial Building 11
Mok Cheong Street, Tokwawan
Kowloon
HONG KONG

Washington State Department of Revenue
Taxpayer Account Administration
PO Box 47476
Olympia, WA 98504-7476

WASTE MANAGEMENT OF RHODE ISLAND
26 PATRIOT PALCE STE. 300
FOXBORO, MA 02035-1375

Weeks, Bradford S. M.D.
P.O. Box 740
Clinton, WA 98236

Weeks, John W.
595 Concord Avenue
Belmont, MA 02478

Weeks, Nathaniel S.
11627 West 74th Way
Arvada, CO 80005

Weeks, Stuart B.
c/o Mr. & Mrs. Sinclair Weeks
100 Newbury Court #502
Concord, MA 01742

Weeks, William D.
71 Wheelwright Farm
Cohasset, MA 02025

WHITTENTON TRUE VALUE
348 Bay Street
TAUNTON, MA 02780

Wicklund, Michael
40 Dudley Avenue
Brockton, MA 02302

Winchoba, Richard
230 Plain Street
Norton, MA 02766

Winko International Products Limited
3/F, Kwai Fong Industrial Building
9-15 Kwai Cheong Road
Kwai Chung N.T.
HONG KONG

WINKUAN METALS TECHNOLOGY CO. LTD.
Rm 901 HongKong Plaza
188 Connaught Roadwest
523929
HONG KONG

Wisconsin Department of Revenue
P.O. Box 8902
Madison, WI 53708

Wise, Debi
17391 Lido Lane
Huntington Beach, CA 92647

Wood, Emily Rose
321 Broadway
Dobbs Ferry, NY 10522

Woodmax Ky Industries Corp.
3F, No. 91 Ta Shun 1st Road
Kaohsiung City, 813
TAIWAN R.O.C.

WOONSOCKET BRUSH INC.
167 MAD RIVER CANOE ROAD
WAITSFIELD, VT 06673

WTC Trade Mart,L.P.
P.O. BOX 845467
Dallas, TX 75284-5467

Wyatt, David
32 Simpson Lane
Freetown, MA 02702-1417

Wynne, Paula
300 E. 40th Street
New York, NY 10016

XEROX CORPORATION
610 Lincoln St
WALTHAM, MA 02451

Zanger, Paula
Orange HOWELL
P.O. Box 670
New York, NY 10009

Zappos Merchandising, Inc.
Bed/Bath and Tabletop
400 East Stewart Ave- Metro 1
Las Vegas, NV 89101

Zola, Inc.
394 Broadway
Floor 3
New York, NY 10013

ZONES
1102 15TH ST. SW.
AUBURN, WA 98001