# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

**In Re:** Reed and Barton Corporation                    **Case Number:** 15-10534                    **Ch:** 11

**MOVANT/APPLICANT/PARTIES:**

#10 Motion of Debtor for interim and final order (1) Authorizing post-petition financing; (2) granting liens and providing superpriority administrative expense priority; (3) Authorizing use of cash collateral; (4) modifying the Automatic Stay and (5) scheduling a final hearing

**OUTCOME:**

____    Granted ____    Denied ____    Approved ____    Sustained

.        Denied        Denied without prejudice.        Withdrawn in open court.        Overruled

.        OSC enforced/released

.        Continued to:_____For:_____

____    Formal order/stipulation to be submitted by:_____Date due:_____

.        Findings and conclusions dictated at close of hearing incorporated by reference

_____    Taken under advise ment: Brief(s) due_____From_____

                                    Response(s) due_____From_____

.        Fees allowed in the amount of: $_____Expenses of: $_____

.        No appearance/response by:_____

✔    DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


PROPOSED ORDER TO BE SUBMITTED BY COUNSEL TO THE DEBTOR.


IT IS SO NOTED:                                    IT IS SO ORDERED:

                                                    _Henry Jack Boroff_

_____                    _____Dated: 02/19/2015
Courtroom Deputy