**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>REED AND BARTON CORPORATION,<br><br>Debtor. | Chapter 11<br><br>Case No. 15-10534 (HJB) |

**NOTICE OF FILING OF REVISED SECTION 5.1(H)(i) OF DISCLOSURE
SCHEDULES TO ASSET PURCHASE AGREEMENT BY AND AMONG REED AND
BARTON CORPORATION ("SELLER"), LIFETIME BRANDS, INC. ("PARENT")
AND FRANCIS I ACQUISITION CORP. ("PURCHASER")**

**PLEASE TAKE NOTICE THAT** Reed and Barton Corporation (the "Debtor") is hereby filing an amended **Section 5.1(H)(i)** ("Amendment") to the *Disclosure Schedules to Asset Purchase Agreement* [Docket No. 12-4]("Disclosure Schedules"), relating to the *Debtor's Motion for (I) an Order (A) Approving Sale Procedures in Connection with Sale of Substantially all of the Debtor's Assets, (B) Approving the Break-Up Fee, (C) Scheduling an Auction and Hearing to Approve the Transaction and Approving the Form and Manner of Notice Thereof, and (D) Establishing Procedures Relating to the Assumption and Assignment of Executory Contracts; and (II) an Order (A) Approving the Proposed Sale, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Certain Related Relief* filed on about February 17, 2015. [Docket No. 12].

The Amendment will replace the originally filed Section 5.1(H)(i) to the Disclosure Schedules, and now includes a reference to the Debtor's defined benefit pension plan, the Reed and Barton Corporation Retirement Plan, which was inadvertently omitted from the original form of Section 5.1(h)(i).

Respectfully submitted,

REED AND BARTON CORPORATION

By its proposed counsel,

HOLLAND & KNIGHT LLP


/s/ John J. Monaghan
John J. Monaghan (Mass Bar #546454)
Lynne B. Xerras (Mass Bar #632441)
Kathleen St. John (Mass Bar #681565)
10 St. James Avenue
Boston, MA  02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Dated:  February 26, 2015

#34799172_v2

# Exhibit 1

**Revised Disclosure Schedule Section 5.1(h)(i)**

#34799172_v2

## Section 5.1(h)(i)    Employee Benefit Plans.

| Type | Provider | Contract Number |
|---|---|---|
| Long Term Disability | Reliance Standard Life Insurance Company | LTD 064986 |
| Group Accident Policy | Life Insurance Company of N. America | OK-809112 |
| Business Travel Accident Policy | Life Insurance Company of N. America | ABL 645608 |
| Health Insurance-HMO | Tufts Health Plan | 79371-000 |
| Health Insurance-PPO | Tufts Health Plan/Carelink | 45784-000 |
| Basic Life Insurance | MetLife | TM 05582650-G |
| Voluntary Life Insurance | MetLife | TM 05582650-G |
| Income Replacement | Self-insured | N/A |
| Health Insurance Coverage For Retired Employees | Self-insured | N/A |
| 1995 Performance Unit/Equity Appreciation Plan | Seller | N/A |
| Reed and Barton Corporation Retirement Plan, as amended and restated as of February 1, 2002, as further amended after such date | Seller | N/A |

# **Exhibit 2**

**Blackline of Revised Disclosure Schedule Section 5.1(h)(i)**

#34799172_v2

**Section 5.1(h)(i)     Employee Benefit Plans.**

| Type | Provider | Contract Number |
|---|---|---|
| Long Term Disability | Reliance Standard Life Insurance Company | LTD 064986 |
| Group Accident Policy | Life Insurance Company of N. America | OK-809112 |
| Business Travel Accident Policy | Life Insurance Company of N. America | ABL 645608 |
| Health Insurance-HMO | Tufts Health Plan | 79371-000 |
| Health Insurance-PPO | Tufts Health Plan/Carelink | 45784-000 |
| Basic Life Insurance | MetLife | TM 05582650-G |
| Voluntary Life Insurance | MetLife | TM 05582650-G |
| Income Replacement | Self-insured | N/A |
| Health Insurance Coverage For Retired Employees | Self-insured | N/A |
| 1995 Performance Unit/Equity Appreciation Plan | Seller | N/A |
| Reed and Barton Corporation Retirement Plan, as amended and restated as of February 1, 2002, as further amended after such date | Seller | N/A |

12