COMPANY: 1   B&J MANUFACTURING CORPORATION   AGED AS OF: 3/05/15

# EXHIBIT A

| CUST NO. CUSTOMER NAME | | DUE | | | | | |
|---|---|---|---|---|---|---|---|
| INV # TYPE | DATE | DATE | CURRENT | OVER 7 | OVER 14 | OVER 21 | |

**600/00 REED & BARTON SILVERSMITHS**   PHONE: 508/977-8204 CONTACT: SANDY LARIVEE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 231612 IV | 12/12/14 | 12/27/14 | | | | 340.40 | 8644/115188 |
| 231752 IV | 1/22/15 | 2/06/15 | | | 430.50 | | 45055984 |
| 231792 IV | 2/06/15 | 2/21/15 | | 1122.74 | | | 5595/116438 |
| 231793 IV | 2/06/15 | 2/21/15 | | 601.92 | | | 5154/116122 |
| 231795 IV | 2/10/15 | 2/25/15 | | 38.90 | | | 5924/116673 |
| 231796 IV | 2/10/15 | 2/25/15 | | 1775.52 | | | 5951/116676 |
| 231797 IV | 2/10/15 | 2/25/15 | | 1081.44 | | | 5633/116475 |
| 231798 IV | 2/10/15 | 2/25/15 | | 974.10 | | | 5843/116604 |
| 231802 IV | 2/11/15 | 2/26/15 | | 2177.40 | | | 5843/116604 |
| 231803 IV | 2/11/15 | 2/26/15 | | 493.20 | | | 5951/116676 |
| 231806 IV | 2/13/15 | 2/28/15 | | 295.92 | | | 5951/116676 |
| 231807 IV | 2/13/15 | 2/28/15 | | 3266.85 | | | 5633/116475 |
| 231808 IV | 2/13/15 | 2/28/15 | | 664.68 | | | 5843/116604 |
| 231809 IV | 2/13/15 | 2/28/15 | | 446.16 | | | 5414/116303 |
| CUSTOMER TOTALS: | | | .00 | 4673.61 | 430.50 | 340.40 | |
| | | | .00 | 8265.22 | .00 | | TOTAL: 13,709.73 |
| | | | | | | | CR. LIMIT: $250,000 |

**600/01 REED & BARTON SILVERSMITHS**   PHONE: 508/977-8204 CONTACT: SANDY LARIVEE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 231485 IV | 11/19/14 | 12/04/14 | | | | 253.92 | 5580/116424 |
| 231754 IV | 1/22/15 | 2/06/15 | | | 427.90 | | 45055981 |
| 231801 IV | 2/11/15 | 2/26/15 | | 989.24 | | | 5689/116520 |
| CUSTOMER TOTALS: | | | .00 | .00 | 427.90 | 253.92 | |
| | | | .00 | 989.24 | .00 | | TOTAL: 1,671.06 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CONSOLIDATED TOTALS: | | | .00 | 4673.61 | 858.40 | 594.32 | |
| | | | .00 | 9254.46 | .00 | | TOTAL: 15,380.79 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| RUN TOTALS: | | | .00 | 4673.61 | 858.40 exclude | 594.32 | |
| | | | .00 | 9254.46 | .00 | | TOTAL: 15,380.79 |

| LATE CHARGES: | | UNAPPLIED RECEIPTS: | |
|---|---|---|---|
| CURRENT PERIOD: | .00 | CURRENT PERIOD: | .00 |
| TO DATE: | .00 | TO DATE: | .00 |

```
  15,380.75
 -   858.40
     594.32
 _____
  13,928.07
```

# EXHIBIT A

**B&J Manufacturing Corporation**
55 Constitution Drive, Taunton, MA 02780
Phone 508-822-1990 • Fax 508-823-6436

**INVOICE**

| | |
|---|---|
| REFERENCE | 231792 |
| | PAGE  1 |
| DATE | Feb 06, 2015 |

| CUSTOMER NUMBER | 1/67500/00 |
|---|---|
| TERMS | NET 15 DAYS |

SOLD TO: REED & BARTON SILVERSMITHS

SHIP TO: REED & BARTON SILVERSMITHS

| QTY. ORD. | QTY. SHIP | QTY. B/O | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | 7453F813    REV-1111P | EA | | 1122.74 |
| | | | P813 BABY BEADS PORRINGER | | | |
| | | | THIS ORDER CONSIDERED COMPLETE | | | |

**DUPLICATE**

NO CLAIMS CONSIDERED LATER THAN 5 DAYS
AFTER RECEIPT OF GOODS. PRICE SUBJECT TO
CHANGE WITHOUT NOTICE. ALL GOODS INVOICED
AT PRICES IN EFFECT ON DATE OF SHIPMENT

| PAY THIS AMOUNT |
|---|
| $1,122.74 |

EXHIBIT A



**B&J Manufacturing Corporation**
55 Constitution Drive, Taunton, MA 02780
Phone 508-822-1990 • Fax 508-823-6436

REED & BARTON SILVERSMITHS

REED & BARTON SILVERSMITHS

| | INVOICE | |
|---|---|---|
| REFERENCE | 231793 | PAGE |
| | | 1 |
| DATE | Feb 06, 2015 | |
| CUSTOMER NUMBER | 1/67600/00 | |
| TERMS | NET 15 DAYS | |

| QTY. ORD. | QTY. SHIP. | QTY. B/O | PART NO. AND DESCRIPTION | UNIT | UNIT/PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | 3170LC108 | LC108 PIGGY COIN BANK REV-0411P | EA | | 601.92 |

| | PAY THIS AMOUNT |
|---|---|
| | $601.92 |

**DUPLICATE**

Case 15-10534 Doc 88-1 Filed 03/11/15 Entered 03/11/15 18:54:35 Desc Exhibit
A (Statement of account and underlying invoices) and Exhi Page of

EXHIBIT A

# B&J

## B&J Manufacturing Corporation
55 Constitution Drive, Taunton, MA 02780
Phone 508-823-1990 • Fax 508-823-6436

**INVOICE**

REED & BARTON SILVERSMITHS

| REFERENCE | | PAGE |
|---|---|---|
| 231795 | | 1 |

| DATE |
|---|
| Feb 10, 2015 |

| CUSTOMER NUMBER |
|---|
| 1/67600/00 |

| TERMS |
|---|
| NET 15 DAYS |

REED & BARTON SILVERSMITHS

| QTY. ORD | QTY. SHIP. | QTY. B/O | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | 15150A2013<br>2013 COMMONWEALTH AWARD REV-01135 | | | 38.90 |

DUPLICATE

| PAY THIS AMOUNT |
|---|
| $38.90 |

EXHIBIT A

**B&J Manufacturing Corporation**
55 Constitution Drive, Taunton, MA 02780
Phone 508-822-1990 • Fax 508-823-6436

INVOICE

| REFERENCE | PAGE |
|---|---|
| 231796 | 1 |

| DATE |
|---|
| Feb 10, 2015 |

| CUSTOMER NUMBER |
|---|
| 1/67600/00 |

| TERMS |
|---|
| NET 15 DAYS |

REED & BARTON SILVERSMITHS

REED & BARTON SILVERSMITHS

| QTY. ORD. | QTY. SHIP | QTY. B/O | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | 745PR105 | 105 BOWL 9 W/LIN BX  REV 04117 | EA | | 1,775.52 |

DUPLICATE

| PAY THIS AMOUNT |
|---|
| $1,775.52 |

EXHIBIT A

# B&J Manufacturing Corporation
**55 Constitution Drive, Taunton, MA 02780**
**Phone 508-822-1990 • Fax 508-823-6436**

**INVOICE**

| REFERENCE | PAGE |
|---|---|
| 231797 | 1 |

**DATE** Feb 10, 2015

| CUSTOMER NUMBER |
|---|
| 1/67600/00 |

**TERMS** NET 15 DAYS

SOLD TO:
REED & BARTON SILVERSMITHS

SHIP TO:
REED & BARTON SILVERSMITHS

DUPLICATE

| QTY. ORD. | QTY. SHIP. | QTY. B/O | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | 1 | | 745JRBPR<br>869 PORRINGER BX REV-0511T | EA | | 1081.44 |

| PAY THIS AMOUNT |
|---|
| $1,081.44 |



# B&I

**B&I Manufacturing Corporation**
55 Constitution Drive, Taunton, MA 02780
Phone 508-822-1990 • Fax 508-823-6436

**INVOICE**

| REFERENCE | 231798 | PAGE | 1 |
|---|---|---|---|
| DATE | Feb 10, 2015 | | |

| CUSTOMER NUMBER | 1/67600/00 |
|---|---|
| TERMS | NET 15 DAYS |

SOLD TO:
REED & BARTON SILVERSMITHS

SHIP TO:
REED & BARTON SILVERSMITHS

| QTY ORD | QTY SHIP | QTY B/O | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | 7330P826 | | | |
| | | | P826 CORNWALL CUP    REV-1111P | EA | | 974.10 |

**DUPLICATE**

| PAY THIS AMOUNT | 974.10 |
|---|---|

NO CLAIMS CONSIDERED LATER THAN 5 DAYS AFTER RECEIPT OF GOODS. PRICES SUBJECT TO CHANGE WITHOUT NOTICE. ALL GOODS INVOICED AT PRICES IN EFFECT ON DATE OF SHIPMENT.

Above invoiced tools, dies, and/or models will remain in the possession of the Company. The Customer hereby waives any rights to require future production order. A written notice from the Customer is required in order to initiate any future production order. A written notice from the Customer is required in order to initiate any payment required for the above tooling. Amounts for tooling, dies, and/or models as the above tooling charges would then be required for release said tools, dies, and/or models.

EXHIBIT A

**B&J Manufacturing Corporation**
55 Constitution Drive, Taunton, MA 02780
Phone 508-822-1990 • Fax 508-823-6436

REED & BARTON SILVERSMITHS

REED & BARTON SILVERSMITHS

**INVOICE**

| REFERENCE | PAGE |
|---|---|
| 231802 | 1 |

| DATE |
|---|
| Feb 11, 2015 |

| CUSTOMER NUMBER |
|---|
| 1/676800/00 |

| TERMS |
|---|
| NET 15 DAYS |

DUPLICATE

| QTY. ORD. | QTY. SHIP. | QTY. B/O | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
|  |  | 1730P826 | P826 CORNWALL CUP    REV-1111P | EA | — | 2177.40 |

| PAY THIS AMOUNT |
|---|
| $2,177.40 |



EXHIBIT A

**B&J Manufacturing Corporation**
55 Constitution Drive, Taunton, MA 02780
Phone 508-822-1990 • Fax 508-823-6436

I N V O I C E

| REFERENCE | 231803 | PAGE | 1 |
|---|---|---|---|
| DATE | Feb 11, 2015 | | |
| CUSTOMER NUMBER | 1/67500/00 | | |
| TERMS | NET 15 DAYS | | |

SOLD TO: REED & BARTON SILVERSMITHS

SHIP TO: REED & BARTON SILVERSMITHS

DUPLICATE

| QTY. ORD. | QTY. SHIP | QTY. B/O | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | 7452PR105 | EA | | |
| | | | 105 BOWL 9 W/LIN BX   REV-0411T | | 493.20 | 493.20 |

| | | PAY THIS AMOUNT | $493.20 |
|---|---|---|---|

EXHIBIT A

**B&J Manufacturing Corporation**
55 Constitution Drive, Taunton, MA 02780
Phone 508-822-1990 • Fax 508-823-6436

REED & BARTON SILVERSMITHS

REED & BARTON SILVERSMITHS

DUPLICATE

| | | | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | 7452PR105 105 BOWL 9" W/LIN BX   REV-0411T | EA | | 295.92 |

| CTY. ORD. | QTY. SHIP | QTY. B/O | | | |
|---|---|---|---|---|---|

| | INVOICE | |
|---|---|---|
| REFERENCE | 231806 | PAGE 1 |
| DATE | Feb 13, 2015 | |
| CUSTOMER NUMBER | 1/67600/00 | |
| TERMS | NET 15 DAYS | |

| PAY THIS AMOUNT |
|---|
| $295.92 |

Above itemized tools, dies, and/or molds and remain in the possession of the Company... NO CLAIMS CONSIDERED LATER THAN 5 DAYS AFTER RECEIPT OF GOODS. PRICES SUBJECT TO CHANGE WITHOUT NOTICE. ALL GOODS INVOICED AT PRICES IN EFFECT ON DATE OF SHIPMENT

EXHIBIT A

# B&J

**B&J Manufacturing Corporation**
55 Constitution Drive, Taunton, MA 02780
Phone 508-822-1990 • Fax 508-823-6436

## INVOICE

| REFERENCE | PAGE |
|---|---|
| 231807 | 1 |

| DATE |
|---|
| Feb 13, 2015 |

| CUSTOMER NUMBER |
|---|
| 1/67600/00 |

| TERMS |
|---|
| NET 15 DAYS |

REED & BARTON SILVERSMITHS

DUPLICATE

| QTY. ORD. | QTY. SHIP. | QTY. B/O | PART NO. AND DESCRIPTION | UNIT | PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | 453RBPR REV-0511T | EA | | |
| | | | 869 PORRINGER BX | | | 3266.85 |
| | | | THIS ORDER CONSIDERED COMPLETE | | | |

| PAY THIS AMOUNT |
|---|
| $3,266.85 |

EXHIBIT A

# B&J Manufacturing Corporation
**55 Constitution Drive, Taunton, MA 02780**
**Phone 508-822-1990 • Fax 508-823-6436**

**INVOICE**

| REFERENCE | PAGE |
|---|---|
| 231808 | 1 |

| DATE |
|---|
| Feb 13, 2015 |

REED & BARTON SILVERSMITHS

| CUSTOMER NUMBER | | TERMS |
|---|---|---|
| | | NET 15 DAYS |

**DUPLICATE**

| QTY. ORD. | QTY. SHIP | QTY B/O | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| | | | 7330P826 | | | |
| | | | P826 CORNWALL CUP  REV-1111P | EA | 1/67800/00 | 654.68 |
| | | | THIS ORDER CONSIDERED COMPLETE | | | |

| | PAY THIS AMOUNT |
|---|---|
| | 654.68 |

EXHIBIT A

**B&J Manufacturing Corporation**
55 Constitution Drive, Taunton, MA 02780
Phone 508-822-1990 • Fax 508-823-6436

INVOICE

| REFERENCE | 231609 | PAGE | 1 |
| --- | --- | --- | --- |
| DATE | Feb 13, 2015 | | |

REED & BARTON SILVERSMITHS

| SHIP TO | | SOLD TO |
| --- | --- | --- |

REED & BARTON SILVERSMITHS
144 WEST BRITANNIA STREET
TAUNTON   MA 02780-4096

| CUSTOMER NUMBER | TERMS |
| --- | --- |
| 1/67800/00 | NET 15 DAYS |

| QTY. ORD. | QTY. SHIP | QTY. B/O | PART NO. AND DESCRIPTION | YOUR TRUCK | UNIT | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | 7660P1280   REV-0112P | 2/13/15 | EA | | 446.16 |
| | | | P1280 WIDE BORDER PEWTR FR 8X10 | | | | |
| | | | THIS ORDER CONSIDERED COMPLETE | | | | |

| PAY THIS AMOUNT |
| --- |
| $446.16 |

DUPLICATE

NO CLAIM CONSIDERED LATER THAN 5 DAYS
AFTER RECEIPT OF GOODS. ALL GOODS LEFT
AT PRICES IN EFFECT ON DATE OF SHIPMENT

EXHIBIT A

EXHIBIT A 

**B&J Manufacturing Corporation**
55 Constitution Drive, Taunton, MA 02780
Phone 508-822-1990 • Fax 508-823-6436

**INVOICE**

| REFERENCE | PAGE |
|---|---|
| 231301 | 1 |

| DATE |
|---|
| Feb 11, 2015 |

SHIP TO:
REED & BARTON SILVERSMITHS
488 DANFORTH STREET
TAUNTON                     MA  02780

SOLD TO:
REED & BARTON SILVERSMITHS
144 DANFORTH STREET
TAUNTON                     MA  02780

| CUSTOMER NUMBER | TERMS |
|---|---|
| 1/676600/01 | NET 15 DAYS |

| QTY. ORD. | QTY. SHIP | QTY. B/O | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|

SHIPPED 2/11/15  OUR TRUCK

| | | | 74533X176 | EA | | 927.36 |
| | | | X176 CHILD PORRINGER   REV-0112P | EA | | 61.83 |
| | | | SILVER SURCHARGE | | | |
| | | | CALCULATED AT NY SPOT SILVER | | | |
| | | | MARKET OF $18.785 ON 2/11/15. | | | |

| PAY THIS AMOUNT |
|---|
| 989.19 |

DUPLICATE

EXHIBIT B

# B&J Manufacturing Corporation
55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

**PACKING SLIP**

| REFERENCE | DATE | PAGE |
|---|---|---|
| 231792 | Feb 06, 2015 | 1 |

IIP TO:
REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON          MA  02780-4006

SOLD TO:
REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON          MA  02780

| CUSTOMER NUMBER | TERMS |
|---|---|
| 67600/00 | NET 15 DAYS |

| OUR ORDER NO. | ORDER DATE | YOUR P.O. NUMBER | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA | SALES REP | FROM |
|---|---|---|---|---|---|---|---|
| D283-0304C | 11/03/14 | 5595/116438 | | 2/06/15 | OUR TRUCK | | TAUNTON |

| QTY. ORD. | QTY. SHIP | QTY. B/O | PART NO. AND DESCRIPTION | REV | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|
| 500.00 | 73.00 | 17.00 | P813-BABY BEADS PORRINGER | 1111P | EA | | |

THIS ORDER CONSIDERED COMPLETE

*Wood*
2/10/15

| PAY THIS AMOUNT |
|---|

# EXHIBIT B

**B&J Manufacturing Corporation**
55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

**PACKING SLIP**

| REFERENCE | 23179 | PAGE | 1 |
|---|---|---|---|

| DATE | Feb 06, 2015 |
|---|---|

| CUSTOMER NUMBER | 57600/00 |
|---|---|

| TERMS | NET 15 DAYS |
|---|---|

**SHIP TO:**
REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON          MA     02780-4006

**SOLD TO:**
REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON          MA     02780

| OUR ORDER NO. | QTY. ORD. | QTY. SHIP | QTY. B/O | ORDER DATE | YOUR P.O. NUMBER | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D049-0202C | 300.00 | 44.00 | 256.00 | 8/07/14 | 5154/118122 | 3170LC108 PIGGY COIN BANK REV-0411P | 2/06/15 | OUR TRUCK | EA | | |

SALES REP: 

F.O.B. TAUNTON

PAY THIS AMOUNT

*[handwritten: Wood 2/10/15]*

EXHIBIT

B



# B&J Manufacturing Corporation

55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

PACKING SLIP

| REFERENCE | PAGE |
|---|---|
| 231795 | 1 |

| DATE |
|---|
| Feb 10, 2015 |

SHIP TO:
REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON          MA   02780-4006

SOLD TO:
REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON          MA   02780

| CUSTOMER NUMBER |
|---|
| 67600/00 |

| TERMS |
|---|
| NET 15 DAYS |

| OUR ORDER NO. | ORDER DATE | YOUR P.O. NUMBER | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| D436-1414C | 1/08/15 | 5924/116673 | 1515CA2013<br>2013 COMMONWEALTH AWARD<br>REV-01133 | 2/10/15 | OUR TRUCK |

| QTY. ORD. | QTY. SHIP. | QTY. B/O | | UNIT | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|
| 17.00 | 1.00 | | | EA | | |

| | SALES REP. | F.O.B. |
|---|---|---|
| | | TAUNTON |

PAY THIS AMOUNT

EXHIBIT B

**B&J Manufacturing Corporation**
55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

PACKING SLIP

| REFERENCE | 231796 | PAGE | 1 |
| --- | --- | --- | --- |

| DATE |
| --- |
| Feb 10, 2015 |

SHIP TO:
REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON          MA   02780-4006

SOLD TO:
REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON          MA   02780

| CUSTOMER NUMBER |
| --- |
| 67600/00 |

| TERMS |
| --- |
| NET 15 DAYS |

| OUR ORDER NO. | ORDER DATE | YOUR P.O. NUMBER | SHIP DATE | SHIP VIA |
| --- | --- | --- | --- | --- |
| D447-0102C | 1/13/15 | 5951/116676 | 2/10/15 | OUR TRUCK |

| QTY. ORD. | QTY. SHIP. | QTY. B/O | PART NO. AND DESCRIPTION | UNIT | UNIT PRICE | SALES REP. | FOB. |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 200.00 | 36.00 | 164.00 | 105 BOWL 9 W/LIN BX   REV-04117 | EA | | | TAUNTON |

| PAY THIS AMOUNT |
| --- |

Above invoices sold, simply resold will entail to the protection of the Copyright. No CASH CONSIGNED LATER THAN 15 DAYS and delivery as necessary to manufacture. The receipt of said invoice. AFTER RECEIPT OF GOODS. Title and risk of goods remaining sold by the maker of above bodies. A second invoice and payment receipt for the said amount at PROCEEDS IN EFFECT ON DATE OF SHIPMENT. Customer collating charges which have be required to remain said work, title, and/or mode.

(signatures) 2/11/15

EXHIBIT B

**B&J Manufacturing Corporation**
55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

P A C K I N G   S L I P

SHIP TO:

REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON        MA   02780-4006

SOLD TO:

REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON        MA   02780

| REFERENCE | | PAGE |
|---|---|---|
| 23179 | | 1 |

| DATE | | |
|---|---|---|
| Feb 10, 2015 | | |

| CUSTOMER NUMBER | | |
|---|---|---|
| 67600/00 | | |

| TERMS | | |
|---|---|---|
| NET 15 DAYS | | |

| OUR ORDER NO. | QTY. ORD | QTY. SHIP | QTY. B/O | ORDER DATE | YOUR P.O. NUMBER | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA | UNIT | UNIT PRICE | SALES REP. | F.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D302-0406C | | | | 11/07/14 | 5635/116475 | | 2/10/15 | OUR TRUCK | | | | TAUNTON |
| 200.00 | 48.00 | 152.00 | | | 745XRBPR | 869-PORRINGER BX | REV-0511T | | EA | | | |

| PAY THIS AMOUNT |
|---|
| |

EXHIBIT

# B&J Manufacturing Corporation

55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

## PACKING SLIP

| REFERENCE | PAGE |
|---|---|
| 231798 | 1 |

| DATE |
|---|
| Feb 10, 2015 |

**SHIP TO:**
REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON        MA   02780-4006

**SOLD TO:**
REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON        MA   02780

| CUSTOMER NUMBER |
|---|
| 67600/00 |

| TERMS |
|---|
| NET 15 DAYS |

| OUR ORDER NO. | ORDER DATE | YOUR P.O. NUMBER: | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| D397-0103C | 12/17/14 | 5843/116604 | P826 CORNWALL CUP REV-1111P | 2/10/15 | OUR TRUCK |

| QTY. ORD. | QTY. SHIP. | QTY. B/O | | UNIT | UNIT PRICE | SALES REP. | F.O.B. |
|---|---|---|---|---|---|---|---|
| 350.00 | 85.00 | 265.00 | | EA | | | TAUNTON |

| PAY THIS AMOUNT | | EXTENSION |
|---|---|---|



**B&J Manufacturing Corporation**
55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

PACKING SLIP

| REFERENCE | 231802 | PAGE | 1 |
| --- | --- | --- | --- |

| DATE | Feb 11, 2015 |
| --- | --- |

**SHIP TO:**
REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON        MA  02780-4006

**SOLD TO:**
REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON        MA  02780

| CUSTOMER NUMBER | 67600/00 |
| --- | --- |

| TERMS | NET 15 DAYS |
| --- | --- |

| OUR ORDER NO. | QTY. ORD. | QTY. SHIP. | QTY. B/O | ORDER DATE | YOUR P.O. NUMBER | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA | UNIT | UNIT PRICE | SALES REP. | F.O.B. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 0397-0103C | 350.00 | 190.00 | 160.00 | 12/17/14 | 5843/116604 | 7330P326 P826 CORNWALL CUP REV-1111F | 2/11/15 | OUR TRUCK | EA | | | TAUNTON |

| PAY THIS AMOUNT |
| --- |

# EXHIBIT B

**B&J Manufacturing Corporation**
55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

## PACKING SLIP

| | | | | REFERENCE | 23180 | PAGE | 1 |
|---|---|---|---|---|---|---|---|

SHIP TO:
REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON          MA   02780-4006

SOLD TO:
REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON          MA   02780

| DATE | Feb 11, 2015 |
|---|---|
| CUSTOMER NUMBER | 67600/00 |
| TERMS | NET 15 DAYS |

| OUR ORDER NO. | ORDER DATE | YOUR P.O. NUMBER | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA | SALES REP | F.O.B. |
|---|---|---|---|---|---|---|---|
| D447-0102CS | 1/13/15 | 5951/116676 | 105-BOWL 9 W/LIN BX REV-0411T | 2/11/15 | OUR TRUCK | | TAUNTON |

| QTY. ORD. | QTY. SHIP | QTY. B/O | | UNIT | UNIT PRICE | | EXTENSION |
|---|---|---|---|---|---|---|---|
| 200.00 | 10.00 | 190.00 | | EA | | | |

PAY THIS AMOUNT



EXHIBIT

# B&J Manufacturing Corporation

55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

**PACKING SLIP**

| REFERENCE | 231806 | PAGE | 1 |
|---|---|---|---|
| DATE | Feb 13, 2015 | | |

| CUSTOMER NUMBER | 67600/00 |
|---|---|

| TERMS | NET 15 DAYS |
|---|---|

SHIP TO:
REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON        MA   02780-4006

SOLD TO:
REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON        MA   02780

| OUR ORDER NO. | QTY. ORD. | QTY. SHIP. | QTY. B/O | ORDER DATE: | YOUR P.O. NUMBER: | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA | UNIT | UNIT PRICE | SALES REP. | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D447-0102C | 200.00 | 6.00 | 146.00 | 1/13/15 | 5951/116676 | 7452PR105  105. BOWL 9 W/LIN BX  REV-0411T | 2/13/15 | OUR TRUCK | EA | | TAUNTON | |

| | PAY THIS AMOUNT |
|---|---|

2/16/15

EXHIBIT B

**B&J Manufacturing Corporation**
55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

**PACKING SLIP**

| REFERENCE | PAGE |
|---|---|
| 231807 | 1 |

| DATE |
|---|
| Feb 13, 2015 |

| CUSTOMER NUMBER |
|---|
| 57600/00 |

SHIP TO:
REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON          MA  02780-4006

SOLD TO:
REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON          MA  02780

| OUR ORDER NO. | QTY. ORD. | QTY. SHIP. | QTY. B/O | ORDER DATE | YOUR P.O. NUMBER | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA | TERMS | SALES REP. | F.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D302-04060 | 200.00 | 145.00 | 7.00 | 11/07/14 | 5633/116475 | 869 PORRINGER BX<br>REV-05ILT | 2/13/15 | OUR TRUCK | NET 15 DAYS | | TAUNTON |

| UNIT | UNIT PRICE | EXTENSION |
|---|---|---|
| EA | | |

THIS ORDER CONSIDERED COMPLETE

Wozek
2/16/15

PAY THIS
AMOUNT

EXHIBIT B

**B&J Manufacturing Corporation**
55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

PACKING SLIP

| REFERENCE | 231808 | PAGE | 1 |
| --- | --- | --- | --- |
| DATE | Feb 13, 2015 | | |

SHIP TO:

REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON          MA    02780-4006

SOLD TO:

REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON          MA    02780

| CUSTOMER NUMBER | 67600/00 |
| --- | --- |
| TERMS | NET 15 DAYS |

| OUR ORDER NO. | QTY. ORD. | QTY. SHIP | QTY. B/O | ORDER DATE | YOUR P.O. NUMBER | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA | UNIT | UNIT PRICE | EXTENSION |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| D397-0103C | 350.00 | 58.00 | 17.00 | 12/17/14 | 5843/116604 | P826 CORNWALL CUP REV-1111F | 2/13/15 | OUR TRUCK | EA | | |
| | | | | | 7330P8826 | THIS ORDER CONSIDERED COMPLETE | | | | | |

| SALES REP. | | F.O.B. TAUNTON |

PAY THIS AMOUNT

EXHIBIT B

**B&J Manufacturing Corporation**
55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

SHIP TO:

REED & BARTON SILVERSMITHS
408 DANFORTH STREET
RECEIVING GATE #5
TAUNTON          MA   02780-4006

SOLD TO:

REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON          MA   02780

## PACKING SLIP

| REFERENCE | | PAGE |
|---|---|---|
| 231809 | | 1 |

| DATE |
|---|
| Feb 13, 2015 |

| CUSTOMER NUMBER |
|---|
| 67600/00 |

| TERMS |
|---|
| NET 15 DAYS |

| OUR ORDER NO. | QTY. ORD. | QTY. SHIP | QTY. B/O | ORDER DATE | YOUR P.O. NUMBER | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA | UNIT | UNIT PRICE | SALES REP. | F.O.B. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D206-0303C | 250.00 | 24.00 | 7.00 | 9/26/14 | 5414/116303 | 7660P1280 | 2/13/15 | OUR TRUCK | EA | | | TAUNTON |
| | | | | | | P1280 WIDE BORDR PEWTR FR 8X10 | | | | | | |
| | | | | | | REV-0112P | | | | | | |
| | | | | | | THIS ORDER CONSIDERED COMPLETE | | | | | | |

| PAY THIS AMOUNT |
|---|
| |



EXHIBIT B

# B&J Manufacturing Corporation

55 Constitution Drive
Taunton, Massachusetts 02780
(508) 822-1990

## PACKING SLIP

| | | |
|---|---|---|
| REFERENCE | 231801 | PAGE  1 |
| DATE | Feb 11, 2015 | |

| CUSTOMER NUMBER | 67600/01 | |
| TERMS | NET 15 DAYS | |

SHIP TO:
REED & BARTON SILVERSMITHS
408 DANFORTH STREET
TAUNTON            MA   02780

SOLD TO:
REED & BARTON SILVERSMITHS
144 BRITANNIA STREET
DRAWER 439
TAUNTON            MA   02780

| OUR ORDER NO. | QTY. ORD | QTY. SHIP. | QTY. B/O | ORDER DATE | YOUR P.O. NUMBER | PART NO. AND DESCRIPTION | SHIP DATE | SHIP VIA | UNIT | UNIT PRICE | SALES REP. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D319-0104C | 75.00 | 28.00 | 47.00 | 11/19/14 | 5689/116520 | XL76.CHILD PORRINGER REV-0112P | 2/11/15 | OUR TRUCK | EA | | TAUNTON |

F.O.B.
TAUNTON

| UNIT | UNIT PRICE | EXTENSION |
|---|---|---|
| | | |

PAY THIS AMOUNT