UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

|  |  |
|---|---|
| In re: | ) |
| **Reed and Barton Corporation** | ) |
| **f/k/a Reed and Barton Silversmiths** | ) |
| **f/k/a Reed and Barton Silversmith** | ) |
| **a/k/a Reed & Barton Corporation** | ) |
|  | ) Chapter 11 |
|  | ) Case No. 15-10534 - HJB |
| Debtor | ) |

## APPOINTMENT OF AN OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS
## (WITH CERTIFICATE OF SERVICE)

Pursuant to 28 U.S.C. 586(a)(3), 11 U.S.C. 1102 and Fed. R. Bankr. P. 2007, the United States Trustee appoints the following creditors to the Official Committee of Unsecured Creditors in the above-referenced case:

1. Rolf Poeting **\***
   Rolf Glass
   402 East Main Street
   Mount Pleasant, PA 15666
   Phone: 724-547-7500x202
   Email: Rolf@rolfglass.com

2. Rosse and Associates
   Attn. Chris Rosse
   230 Spring Street, Suite 818
   Atlanta, GA 30303
   Phone: 404-522-7574
   Email: CRosse@aol.com

3. Dallas Market Center Operating, L.P.
   Attn. Mitzi Tally, Authorized Agent
   2100 N. Stemmons Freeway MS #650
   Dallas, TX 75207
   Phone: 214-655-7622
   Email: mtally@mcmcmail.com

**\*** *Chair pro tem*

1

>Respectfully submitted,
>
>WILLIAM K. HARRINGTON,
>UNITED STATES TRUSTEE,
>REGION 1

By: */s/ Eric K. Bradford*
Eric K. Bradford BBO#560231
United States Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109-3934
PHONE: (617) 788-0415
FAX: (617) 565-6368
Eric.K.Bradford@USDOJ.gov

Dated: March 17, 2015.

## CERTIFICATE OF SERVICE

I certify that on March 17, 2015, I transmitted the foregoing certificate to the parties listed above by email and by CM/ECF to all parties who have filed notices of appearance in the Court's CM/ECF database, including the individuals listed below.

>WILLIAM K. HARRINGTON,
>UNITED STATES TRUSTEE,
>REGION 1

By: */s/ Eric K. Bradford*
Eric K. Bradford BBO#560231
United States Department of Justice
John W. McCormack Post Office & Courthouse
5 Post Office Square, 10th Floor, Suite 1000
Boston, MA 02109-3934
PHONE: (617) 788-0415
FAX: (617) 565-6368
Eric.K.Bradford@USDOJ.gov

Dated: March 17, 2015.

Mark N. Berman on behalf of Interested Party Lifetime Brands, Inc.
mberman@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com

Richard L. Blumenthal on behalf of Creditor B & J Manufacturing Corporation
RBLUMENTHAL@SILVERMANKUDISCH.COM,richardlblumenthal@gmail.com, peterzim10@gmail.com,ecfrlb@gmail.com

Robert N. H. Christmas on behalf of Interested Party Lifetime Brands, Inc.
rchristmas@nixonpeabody.com

Steven A. Ginther on behalf of Creditor Missouri Department of Revenue
maecf@dor.mo.gov

James B Heffernan on behalf of Creditor Loretta Krebel
jheffernan@richmaylaw.com

John J. Monaghan on behalf of Debtor Reed and Barton Corporation
bos-bankruptcy@hklaw.com

Alexander G. Rheaume on behalf of Creditor Rockland Trust Company
arheaume@riemerlaw.com

Brad Rogers on behalf of Creditor Pension Benefit Guaranty Corporation
rogers.brad@pbgc.gov, efile@pbgc.gov

Donald E. Rothman on behalf of Creditor Rockland Trust Company
drothman@riemerlaw.com

Lynne B. Xerras on behalf of Debtor Reed and Barton Corporation
bos-bankruptcy@hklaw.com