# UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order of Court

In Re: Reed and Barton Corporation          Case Number: 15-10534          Ch: 11

**MOVANT/APPLICANT/PARTIES:**

#10 Final hearing on Debtor's Motion for order (1) Authorizing post-petition financing; (2) granting liens and providing superpriority administrative expense priority; (3) Authorizing use of cash collateral; (4) modifying the Automatic Stay

**OUTCOME:**

\_\_\_\_\_Granted  \_\_\_\_\_Denied  \_\_\_\_\_Approved  \_\_\_\_\_Sustained
\_\_\_\_\_Denied  \_\_\_\_\_Denied without prejudice  \_\_\_\_\_Withdrawn in open court  \_\_\_\_\_Overruled
\_\_\_\_\_OSC enforced/released
\_\_\_\_\_Continued to:_____For:_____
\_\_\_\_\_Formal order/stipulation to be submitted by:_____Date due:_____
\_\_\_\_\_Findings and conclusions dictated at close of hearing incorporated by reference
\_\_\_\_\_Taken under advise ment: Brief(s) due_____From_____
                              Response(s) due_____From_____
\_\_\_\_\_Fees allowed in the amount of: $_____Expenses of: $_____
\_\_\_\_\_No appearance/response by:_____
✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:


HEARING HELD 03/18/15

PROPOSED ORDER TO BE SUBMITTED BY COUNSEL TO THE DEBTOR.


IT IS SO NOTED:                              IT IS SO ORDERED:

                                             *Henry Jack Boroff*

_____                    _____Dated: 03/19/2015
Courtroom Deputy